SCHMITTINGER AND RODRIGUEZ, P.A.
LAWYERS
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE, SECOND FLOOR
REHOBOTH BEACH. DELAWARE  19971-9794
TELEPHONE (302) 227-1400
TELECOPIER (302) 645-1843

REHOBOTH OFFICE
DAVID A. BOSWELL

STATEWIDE
NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER. JR.
CATHERINE T HICKEY
CRAIG T ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E CHAMBERS*
FRED A TOWNSEND III
NOEL E. PRIMOS
WALT F SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J CLARK
BETH B MILLER
KYLE KEMMER
SEEMA VERMA
P. KRISTEN BENNETT
LORI A. BREWINGTON

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL
——
DOVER OFFICE
414 SOUTH STATE STREET
P.O. BOX 497
DOVER. DELAWARE  19903-0497
TELEPHONE (302) 674-0140
TELECOPIER (302) 674-1830
——
WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 N MARKET STREET  SUITE 205
WILMINGTON. DELAWARE  19801
TELEPHONE (302) 652-3676
TELECOPIER (302) 652-8788
——
ODESSA OFFICE
ODESSA PROFESSIONAL PARK
P.O. BOX 626
ODESSA. DELAWARE  19730-0626
TELEPHONE (302) 378-1697
TELECOPIER (302) 378-1659

March 2, 2005

BY FEDERAL EXPRESS
Dr. Peter T. Dalleo, Clerk
United States District Court
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:    Osveli Perduo-Deleon, et al. v. Fresh Cut Lawn and Landscape, et al.
       Civil Action No. 04-1364[Class Action]
       Fourth Notice of Filing of Consent Forms to be Claimants
       Under the Fair Labor Standards Act

Dear Dr. Dalleo:

       Enclosed please find the original document and two copies of same.  Please file and docket the same and return one clocked-in copy to my office.  I have enclosed a self-addressed, stamped envelope for your convenience.

       Thank you for your kind assistance in this matter.

                                        Sincerely yours,

                                        Carol A. Wilczynski
                                        Legal Assistant

caw
Enclosures & SASE
cc: C. Christopher Brown, Esquire (without enclosures)