IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAR -3  AM 11: 36

| | | |
|---|---|---|
| OSVELI BERDUO-DELEON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 04-1364 |
| | * | [Class Action] |
| FRESH CUT LAWN AND LANDSCAPE SERVICE, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FOURTH NOTICE OF FILING OF CONSENT FORMS TO BE
CLAIMANTS UNDER THE FAIR LABOR STANDARDS ACT**

Pursuant to 29 U.S.C. § 216(b), Lucio Hernandez Diaz and Favio Matias, through their undersigned counsel, hereby file their written consents to be party plaintiffs in this action. Their signed consents to be claimants under the Fair Labor Standards Act are attached.

Respectfully submitted,

SCHMITTINGER & RODRIGUEZ, PA

BY: _____
DAVID A. BOSWELL (#3172)
Wachovia Bank Bldg.
4602 Highway Drive
Rehoboth Beach, DE 19971
(302) 227-1400

BROWN, GOLDSTEIN & LEVY, LLP

BY: _____
C. CHRISTOPHER BROWN
120 E. Baltimore St., Suite 1700
Baltimore, MD  21202
(410) 962-1030

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March 2005 a copy of the foregoing

**FORMULARIO DE PERMISO PARA PARTICIPAR**
(Opt-In Consent Form)

*Berduo-DeLeon v Fresh Cut Lawn & Landscaping Service, Inc.*

Completar y enviar por correo a:

C. Christopher Brown
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202-6701

Nombre: _Lucio Hernundez D_   S.S.# _____

Dirección: _8787 N. old state_   Teléfono Laboral: _____

_Lincoln, DE 19960_   Teléfono de la Casa: _302-424-3181_

**PERMISO PARA UNIR A LA ACCION COLLECTIVA**
De acuerdo con la "Ley de Normas Razonables de Trabajo"
(Federal Labor Standards Act), 29 U.S.C. § 216 (b)

1. Doy mi consentimiento y estoy de acuerdo de seguir cualquier reclamo que surge de horas extras trabajados (sobretiempo) y no abonados por Fresh Cut Lawn and Landscaping Service ("Fresh Cut").

2. He trabajado como empleado de Fresh Cut realizado trabajos de mantenimiento, mantenimiento y construcción de jardines, o concreto desde el o alrededor del _3/2001_ (mes, año) hasta o alrededor del _6/2003_ (mes, año).

3. Durante el periodo anteriormente mencionado, trabaje en exceso de (40) horas semanales, pero no fue pagado el sobretiempo de tiempo y medio.

4. Entiendo que este juicio se entabla bajo la "Ley de Normas Razonables de Trabajo de 1938), como enmendado, 29 U.S.C. § 201, et.seq. Por este medio doy mi consentimiento, estoy de acuerdo y elijo participar como un demandante y seré obligado por cualquier fallo del Tribunal o cualquier arreglo o transacción de este litigio.

5. Por este medio designo a las oficina de Brown, Goldstein & Levy para representarme para los propósitos de este litigio.

6. Además nombro los representantes de esta colectiva como mis agentes para hacer decisiones de mi parte con respecto a la litigación, la manera y los métodos de la conducción del litigio, el llegar a un acuerdo con los abogados de los Reclamantes con respecto a los honorarios y costos de los abogados, y cualquier otro punto que pertenece a este juicio.

_2-24-05_                   _Lucio Hernundez D_
(Fecha Firmado)              (Firma)

WP3:1070842.1

**FORMULARIO DE PERMISO PARA PARTICIPAR**
(Opt-In Consent Form)

*Berduo-DeLeon v Fresh Cut Lawn & Landscaping Service, Inc.*

Completar y enviar por correo a:

C. Christopher Brown
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202-6701

Nombre: _Favio Matias_    S.S.#  _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_

Dirección: _315 Cubbage Dr._    Teléfono Laboral: _____

_Lincoln DE 19960_    Teléfono de la Casa: _302 4247932_

**PERMISO PARA UNIR A LA ACCION COLLECTIVA**
De acuerdo con la "Ley de Normas Razonables de Trabajo"
(Federal Labor Standards Act), 29 U.S.C. § 216 (b)

1. Doy mi consentimiento y estoy de acuerdo de seguir cualquier reclamo que surge de horas extras trabajados (sobretiempo) y no abonados por Fresh Cut Lawn and Landscaping Service ("Fresh Cut").

2. He trabajado como empleado de Fresh Cut realizado trabajos de mantenimiento, mantenimiento y construcción de jardines, o concreto desde el o alrededor del _____ (mes, año) hasta o alrededor del _2002_ (mes, año).

3. Durante el periodo anteriormente mencionado, trabaje en exceso de (40) horas semanales, pero no fue pagado el sobretiempo de tiempo y medio.

4. Entiendo que este juicio se entabla bajo la "Ley de Normas Razonables de Trabajo de 1938), como enmendado, 29 U.S.C. § 201, et.seq. Por este medio doy mi consentimiento, estoy de acuerdo y elijo participar como un demandante y seré obligado por cualquier fallo del Tribunal o cualquier arreglo o transacción de este litigio.

5. Por este medio designo a las oficina de Brown, Goldstein & Levy para representarme para los propósitos de este litigio.

6. Además nombro los representantes de esta colectiva como mis agentes para hacer decisiones de mi parte con respecto a la litigación, la manera y los métodos de la conducción del litigio, el llegar a un acuerdo con los abogados de los Reclamantes con respecto a los honorarios y costos de los abogados, y cualquier otro punto que pertenece a este juicio.

_2-15-05_    _Favio Matias_

(Fecha Firmado)    (Firma)

WP3:1070842.1