IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSVELI BERDUO-DELEON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| FRESH CUT LAWN AND LANDSCAPE | ) | C.A. No. 04-1364-SLR |
| SERVICE, INC., et al., | ) | [Class Action] |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE

    I, Scott A. Holt, hereby certify that on March 7, 2005, I caused to be served two copies of Defendants' First Request for Production of Documents, Defendants' First Set of Interrogatories Directed to Plaintiffs and this Notice of Service, on the following:

**VIA FEDERAL EXPRESS**
David A. Boswell, Esquire
Schmittinger & Rodriguez
First Union Bank Building
4602 Highway One, Second Floor
Rehoboth Beach, DE 19971

**VIA FEDERAL EXPRESS**
C. Christopher Brown, Esquire
Brown Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202-6701

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      _____
                      Scott A. Holt, Esquire (No.3399)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      P.O. Box 391
                      Wilmington, Delaware 19899-0391
                      Telephone: (302) 571-6666
                      sholt@ycst.com
                      Attorneys for Defendants

Dated: March 7, 2005