IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSVELI BERDUO-DeLEON, et al., | * | C.A. No. 04-1364 SLR |
| | | (Class Action) |
| Plaintiffs, | * | |
| v. | * | |
| FRESH CUT LAWN AND LANDSCAPE SERVICE, INC., et al., | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of March, 2005, copies of, Plaintiff Osveli Berduo-DeLeon's Request to Defendants for Production of Documents, Plaintiff Osveli Berduo-DeLeon's First Set of Interrogatories to Defendants, and this Notice of Service were mailed, first class, postage prepaid, to:

Scott Holt, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899
Attorneys for Defendants

BY: _____
DAVID A. BOSWELL (I.D. #3172)
SCHMITTINGER & RODRIGUEZ
Wachovia Bank Building
4602 Highway One, Second Floor
Rehoboth Beach, DE 19971-9794
Attorney for Plaintiffs