## AGREEMENT FOR LEGAL SERVICES

This Agreement is made this 20th day of Sept 2004 between Osvely Berduo-DeLeon _____ and C. Christopher Brown and Brown, Goldstein & Levy, LLP (hereafter "Attorneys"), as follows:

1. I hereby appoint C. Christopher Brown and Brown, Goldstein & Levy, LLP my attorneys in law and in fact with full authorization to take such actions, including the filing of a lawsuit, as my Attorneys may deem necessary, reasonable, and proper to pursue my claim for compensation or damages resulting from or related to Fresh Cut Lawn and Landscape Services' nonpayment of overtime wages and other employee benefits. I agree to cooperate with my Attorneys in pursuit of my claims.

2. My Attorneys agree to undertake my representation to and including settlement, final judgment or conclusion of any proceedings related to my claims, exclusive of any appeal. If I fail to cooperate with my Attorneys in pursuit of my claim, they may elect at any time to discontinue my representation. Also, if in their professional judgment my Attorneys determine that there is not a substantial likelihood of prevailing in pursuit of my claim, they may discontinue representation.

3. In consideration for my Attorneys' services and in the event of a favorable judgment in this matter, I agree that my Attorneys may receive reasonable compensation for their services and reimbursement of any expenses and costs incurred, and I assign to them any amounts so awarded. I also agree that in the event of a settlement, my Attorneys have the right to receive the greater of (i) reimbursement of their professional compensation, plus incurred expenses and costs or (ii) thirty-three percent (33%) of the total recovery, minus any statutory attorneys' fees awarded or paid to my attorneys. If the complaint and/or claims brought on my behalf result in no recovery, I will have no obligation to pay attorneys' fees.

4. I further agree, authorize and direct that any checks issued by the defendants to me in connection with my claim shall be paid to my Attorneys as trustees on my behalf. After attorneys' fees are deducted therefrom, the balance shall be forwarded to me by my Attorneys.

5. I understand that under Section 15(a)(3) of the Fair Labor Standards Act ("FLSA"), I cannot be discharged, disciplined, or otherwise penalized by Fresh Cut Lawn and Landscape Services because of my having filed a FLSA lawsuit and/or claim.

6. No representation has been made to me as to what amount, if any, I may be entitled to recover in this case.

IN WITNESS WHEREOF, the parties have hereby set their hands and seals.

_____          _____
Plaintiff                                            C. Christopher Brown
                                                      BROWN, GOLDSTEIN & LEVY, LLP
                                                      120 East Baltimore St., Suite 1700
                                                      Baltimore, MD 21202
                                                      410-962-1030