# **EXHIBIT A**

| | |
|---|---|
| Acevedo Cancel, Ramon | Hernandez Ramos, Eugenio |
| Barrios Gonzalez, Jorge | Martinez Ortiz, Pedro L. |
| Berduo DeLeon, Osveli | Mendoza, Francisco G. |
| Bradford, Troy Justin | Perez Gonzalez, Oscar |
| Colón Martinez, Jose Manuel | Ramirez, Javier |
| Contreras Anaya, Anselmo | Ramirez, Vicente |
| Cotzajay, Jose Manuel | Ramirez Contreras, Uziel Alberto |
| Cruz Rodriguez, Miguel Angel | Ramirez Martin, Julio F. |
| Escalante, Elias | Ramirez Perez, Adrian |
| Hernandez, Alvaro | Ramos Aviles, Edward |
| Hernandez, Juan M. | Rodrigo Ramirez, Adin |
| Hernandez, Miguel | Robledo, Felix |
| Hernandez Diaz, Ismael | Santana, Orlando Rosa |
| Hernandez Diaz, Lucio | West, Johnny |
| Hernandez Perez, Cesar | |