| Name | Damage Amount |
|---|---|
| Acevedo Cancel, Ramon | $1,559.26 |
| Barrios Gonzalez, Jorge | $2,388.00 |
| Berduo DeLeon, Osveli | $2,568.00 |
| Bradford, Troy Justin | $100.00 |
| Colón Martinez, Jose Manuel | $814.46 |
| Contreras Anaya, Anselmo | $1,938.00 |
| Cotzajay, Jose Manuel | $573.76 |
| Cruz Rodriguez, Miguel Angel | $100.00 |
| Escalante, Elias | $1,055.26 |
| Hernandez, Alvaro | $100.00 |
| Hernandez, Juan M. | $2,898.00 |
| Hernandez, Miguel | $100.00 |
| Hernandez Diaz, Ismael | $1,426.76 |
| Hernandez Diaz, Lucio | $1,456.68 |
| Hernandez Perez, Cesar | $1,914.00 |
| Hernandez Ramos, Eugenio | $100.00 |
| Martinez Ortiz, Pedro L. | $1,390.50 |
| Mendoza, Francisco G. | $1,158.50 |
| Perez Gonzalez, Oscar | $5,315.62 |
| Ramirez, Javier | $393.76 |
| Ramirez, Vicente | $1,175.62 |
| Ramirez Contreras, Uziel Alberto | $1,647.50 |
| Ramirez Martin, Julio F. | $896.00 |
| Ramirez Perez, Adrian | $1,974.00 |
| Ramos Aviles, Edward | $1,405.44 |
| Rodrigo Ramirez, Adin | $465.76 |
| Robledo, Felix | $4,062.46 |
| Santana, Orlando Rosa | $855.00 |
| West, Johnny | $100.00 |
| | $39,932.34 |