IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSVELI BERDUO-DeLEON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | C.A. No. 04-1364 SLR (Class Action) |
| FRESH CUT LAWN AND LANDSCAPE SERVICE, INC., et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Joint Motion to approve Stipulation of Settlement is GRANTED;

2. The Stipulation of Settlement is approved;

3. The case is dismissed with prejudice, as to each of the 29 plaintiffs listed in Exhibit A, attached.

4. The claims of plaintiffs Aureliano B. Gonzalez, Michael Crum, Angel Diaz Rojas, Jose Luis Garcia Garcia, and Julio A. Rodriguez are dismissed without prejudice; and

5. The Clerk is directed to close the case.

SO ORDERED THIS 25th DAY OF October 2005.

_____
Chief Judge Sue L. Robinson